UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS VALENTINO,<br><br>  Plaintiff(s),<br><br>-against-<br><br>CLIENT SERVICES, INC.; and JOHN DOES 1-25<br><br>  Defendant(s). | Civil Case No.: 1:17-cv-0562 (PKC)<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: December 15, 2017

  */s/ Joseph K. Jones*
  Joseph K. Jones, Esq.
  JONES, WOLF & KAPASI, LLC
  One Grand Central Place
  60 East 42nd Street, 46th Floor
  New York, New York 10165
  (646) 459 7971 telephone
  (646) 459 7973 facsimile
  jkj@legaljones.com
  *Attorneys for Plaintiffs*